UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

In Re: Robert C. Reade,                                    **AD-2014-0011**
Attorney at Law, Bar No.  6791

## ORDER OF DISBARMENT

Attorney Robert C. Reade entered a guilty plea to the charge of Accessory After the Fact to Laundering of Monetary Instruments in case number 2:14-CR-00022-KJD-CWH on which an Amended Judgment was entered on October 07, 2014.

Effective immediately, IT IS ORDERED that Robert C. Reade, Nevada Bar No.6791 be disbarred from the practice of law in the United States District Court for the District of Nevada.

Robert C. Reade shall have twenty-one (21) days to effect service of this notice on all clients in all active cases (if any) before this Court and shall file proof of service of such in those cases, which shall include the last known address of client.  Further, the judge presiding over each individual case retains the discretion to take any action they deem appropriate.

**DATED** this 28th day of October, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court

1

2                          **CERTIFICATE OF SERVICE**

3          Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of

4     United States District Court, and that on this _28_ day of October, 2014, I caused to be served

5     a true and correct copy of the foregoing ORDER to the following parties via Certified Mail,

6     Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage

7     prepaid, to the following:

8                                     R. Christopher Reade
                                      c/o Richard Wright, Esq.
9                                     300 South Fourth Street, #701
                                      Las Vegas, NV  89101
10

11    Certified Mail No.: 7009  0820  0001  6417  7477

12
                                      /s/ Alona Candito
13                                    Alona Candito, Deputy Clerk
                                      United States District Court,
14                                    District of Nevada

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          - 2 -