UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

In re: R. Christopher Reade,
Attorney at Law, Bar No. 6791

Case No. 2:19-cv-00756-MMD

ORDER

**I.  SUMMARY**

This is an attorney discipline matter. Before the Court is R. Christopher Reade's renewed petition for reinstatement and a supplement thereto (collectively, the "Petition"). (ECF Nos. 10, 11.) As further explained below, the Court will grant Mr. Reade's Petition.

**II.  BACKGROUND**

Mr. Reade pled guilty to one count of accessory after the fact to money laundering regarding a number of consequential lies he told, and money he transferred, on behalf of his clients who either pled guilty or were convicted of several federal crimes for operating a Ponzi scheme involving foreign currency futures trading. *See U.S. v. Reade*, Case No. 2:14-cr-00022-KJD-CWH-1, ECF Nos. 15, 22, 24 (D. Nev. Filed Jan. 16, 2014). He was sentenced to one year and one day in custody, three years of supervised release, and ordered to pay a $40,000 fine. *See id.* at ECF No. 24.

Mr. Reade reported his conviction to this Court under what is now LR IA 11-7(c). (ECF No. 1.) The Court therefore issued an order of disbarment on October 28, 2014. (ECF No. 2.) Mr. Reade previously petitioned the Court for reinstatement under LR IA 11-7(i). (ECF No. 5.) The Court denied that earlier petition because Mr. Reade remained subject to certain probationary conditions imposed on him by the Nevada Supreme Court ("NSC"). (ECF No. 7.) However, the Court's denial of that petition was without prejudice

1  to Mr. Reade filing a renewed petition once he could demonstrate he had successfully
2  discharged the NSC's probationary conditions. (*Id.*)

3  In his Petition, Mr. Reade asks to be reinstated because he has successfully
4  discharged the NSC's probationary conditions, and has otherwise rehabilitated himself
5  following the events that led him to plead guilty to a federal crime. (ECF No. 10.) Most
6  pertinent to the Court's prior order, he attached a current certificate of good standing from
7  the State Bar of Nevada. (ECF No. 10-1 at 38.) Mr. Reade then submitted a supplement
8  to his Petition consisting of a letter from the State Bar of Nevada confirming that he has
9  successfully discharged the probationary conditions the NSC imposed on him. (ECF No.
10 11 at 3.)

**III. DISCUSSION**

12  Local Rule IA 11-7(i) states that an attorney who is the subject of an order of
13 suspension "may petition for reinstatement to practice before this court or for modification
14 of the order as may be supported by good cause and the interests of justice." LR IA 11-
15 7(i). The Rule further provides: "if the attorney was readmitted by the supervising court or
16 the discipline imposed by the supervising court was modified or satisfied, the petition must
17 explain the situation with specificity, including a description of any restrictions or
18 conditions imposed on readmission by the supervising court." *Id.* However, the decision
19 as to whether and under what circumstances the attorney will be reinstated to practice
20 before this Court is left to the discretion of the Chief Judge, or other reviewing Judge if
21 the Chief Judge refers the matter to another judge. *See id.*; *see also* LR IA 11-7(a).

22  The Court will grant the Petition because Mr. Reade has sufficiently demonstrated
23 he has successfully discharged the NSC's probationary conditions and is an attorney in
24 good standing with the State Bar of Nevada. (ECF Nos. 10-1 at 38, 11 at 3.) Moreover,
25 Mr. Reade's Petition demonstrates understanding of the Court's prior order granting him
26 leave to show that he is able to practice in Nevada state courts unencumbered by any
27 probationary conditions. (ECF No. 7.) In addition, Mr. Reade has expressed remorse for
28 his significant misconduct (ECF No. 10 at 13-14), accepted responsibility for it (*id.*), and

proffered evidence as to his efforts towards rehabilitation in the years since he went on voluntary inactive status and pled guilty to a federal crime (ECF Nos. 10, 10-1). The Court thus finds that Mr. Reade has shown good cause to be readmitted to the bar of this Court, and that his readmission is in the interest of justice. *See* LR IA 11-7(i).

## IV. CONCLUSION

It is therefore ordered that Mr. Reade's renewed petition for reinstatement (ECF No. 10) is granted.

DATED THIS 23rd day of December 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE